# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PHYLLIS E. HILLERY,**
    **Plaintiff,**

**-vs-**                 **Case No. 6:07-cv-1644-Orl-18KRS**

**COMMISSIONER OF SOCIAL SECURITY,**
    **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 15)** |
| **FILED:** | **April 18, 2008** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The Commissioner of Social Security requests that this matter be reversed and remanded to the Social Security Administration for further proceedings under sentence four of 42 U.S.C. § 405(g) for the following reasons:

> The Administrative Law Judge will be directed to reassess the claimant's mental impairments in light of the evidence from the treating psychiatrist, Dr. Adly Thebaud; reassess the claimant's residual functional capacity, both physical and mental, with due consideration on the medical source opinions and with specific findings regarding the claimant's mental limitations in accordance with Social Security Ruling (SSR) 96-8p; and if necessary, obtain vocational expert (VE) testimony to determine if the claimant can perform her past relevant work or other work.

Doc. No. 15. Plaintiff Phyllis Hillery does not oppose the motion. *Id*.

Based on the foregoing, I respectfully recommend that the motion be **GRANTED** and the decision of the Commission be **REVERSED** and the case is **REMANDED** for further proceedings consistent with the Commissioner's representations in the motion. I further recommend that the Court direct the Clerk of Court to enter judgment consistent with its decision on this Report and Recommendation and, thereafter, to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 18, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy