### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PHYLLIS E. HILLERY,

          **Plaintiff,**

-vs-                                **Case No.  6:07-cv-1644-Orl-18KRS**

COMMISSIONER OF SOCIAL
SECURITY,

          **Defendant.**

---

### REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 15)** |
| **FILED:** | **April 18, 2008** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED.**

The Commissioner of Social Security requests that this matter be reversed and remanded to the Social Security Administration for further proceedings under sentence four of 42 U.S.C. § 405(g) for the following reasons:

> The Administrative Law Judge will be directed to reassess the claimant's mental impairments in light of the evidence from the treating psychiatrist. Dr. Adly Thebaud; reassess the claimant's residual functional capacity, both physical and mental, with due consideration on the medical source opinions and with specific findings regarding the claimant's mental limitations in accordance with Social Security Ruling (SSR) 96-8p; and if necessary, obtain vocational expert (VE) testimony to determine if the claimant can perform her past relevant work or other work.

*[handwritten annotation in left margin: "See order 5 May 08 / GMV / KENDALL SHARP DISTRICT JUDGE"]*