UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PHYLLIS E. HILLERY,
    Plaintiff,

-vs-                                          Case No. 6:07-cv-1644-Orl-18KRS

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Uncontested Petition for Attorney's Fees 9Doc. No. 21). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Accordingly, the Court orders the Commissioner of Social Security to pay to Attorney Culbertson, $4,594.02 in attorneys' fees.

It is **SO ORDERED** in Orlando, Florida, this _____ day of July, 2008.

                                                  G. KENDALL SHARP
                                                Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge